**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 26 2020

JEFFREY P. COLWELL
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Earl Crawnhart _____, Plaintiff

v.

McDonalds Corporation _____,

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

A.  PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case:*

__Earl Crownhart C42 1/2 IAN CT grand Jct Co, 81504__
(Name and complete mailing address)

__(970) 234-1023__
(Telephone number and e-mail address)

B.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: __McDonalds 511 E John Carpenter Fwy TX__
(Name and complete mailing address)

__1800-244-6227__
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

C.  JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

__X__  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

____  Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

____  Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

____  Other: *(please specify)* _____

D.  **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>MC Denied on The Bases To rehire and discrimate</u>

The conduct complained of in this claim involves the following: *(check all that apply)*

- **X** failure to hire
- ___ failure to promote
- ___ termination of employment
- ___ other: *(please specify)* _____
- ___ different terms and conditions of employment
- ___ failure to accommodate disability
- ___ retaliation

Defendant's conduct was discriminatory because it was based on the following: *(check all that apply)*

- ___ race
- **X** religion
- **X** national origin
- ___ age
- ___ color
- ___ sex
- ___ disability

Supporting facts:

United States V. Georgia 546 U.S. 151 (2006). MC Donalds Discrimated on The Basics To Not re hire my wife Be They made her wear A costume against Her religion. Unconstitual. And me The plaintiff A Shift Supervisor was rude And disrespful To me. And I Resigned. A Former Empolyee was Fired And recived His 3 Job Back.

CLAIM TWO: _____

The conduct complained of in this claim involves the following: (*check all that apply*)

 ____ failure to hire      ____ different terms and conditions of employment

 ____ failure to promote    ____ failure to accommodate disability

 ____ termination of employment   ____ retaliation

 ____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

 ____ race    ____ religion    ____ national origin    ____ age

 ____ color    ____ sex     ____ disability

Supporting facts:

**Click Here for Additional Claim**

### E. ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

☐ Yes (***You must attach a copy of the administrative charge to this complaint***)

☒ No

Have you received a notice of right to sue? (*check one*)

☐ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

☒ No

### F. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."* With respect to this court McDonalds Denied me any wife for rehire against religion and discrimination I request law to be revised on tv about McDonalds discrimination.

### G. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

6/23/2020
(Date)

(Revised December 2017)

Earl Crownhart
    Plaintiff
v.

McDonalds
Defendant

---

Pursuant Attachments
D.C. Colo. LCR 55.1 Exhibits

---

Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: February 24, 2020
BNC#: 20MS977F96590-HA

0001194 00027250    2 MB  0.439  0220M3MCS7PI T191 P19
BRITTANY M CROWNHART
941 N 6TH STREET
GRAND JUNCTION, CO 81501-2715

You are entitled to monthly disability benefits beginning April 2019.

**The Date You Became Disabled**

We found that you became disabled under our rules on October 31, 2018.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is April 2019.

**What We Will Pay And When**

- You will receive $532.00 for February 2020 around March 3, 2020.
- After that you will receive $532.00 on or about the third of each month.

**Your Benefits**

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | Benefit Amount | Reason |
|---|---|---|
| April 2019 | $524.50 | Entitlement began |



Enclosure(s):
Pub 05-10153

C                          See Next Page

Transaction History Report
6/1/2020 through 6/16/2020

Client: Crownhart, Brittany M.
Program: Representative Payee Program
Account: Checking #7040 (Primary Resource)

| Date | Num | Payee | Account | Decrease | Increase | Balance |
|---|---|---|---|---|---|---|
| 06/01/20 | 07356 | Brittany Marie Crownhart | Personal Spending | 265.00 | | 365.00 |
| 06/02/20 | | | Death Benefit | | 532.00 | 897.00 |
| 06/02/20 | | | RSDI-Title II | | 821.00 | 1,718.00 |
| 06/02/20 | | | Refunds | | 70.00 | 1,788.00 |
| 06/02/20 | 07361 | T-Mobile | Phone / Cable / Internet | 452.33 | | 1,335.67 |
| 06/03/20 | | The Joseph Center | Representative Payee Fees | 44.00 | | 1,291.67 |
| 06/03/20 | 07317 | Charter Communications | Phone / Cable / Internet | 32.00 | | 1,259.67 |
| 06/03/20 | 07318 | Aarons | Personal Spending | 289.00 | | 970.67 |
| 06/03/20 | 07363 | Brittany Marie Crownhart | Personal Spending | 485.33 | | 485.34 |
| 06/15/20 | 07391 | Brittany Marie Crownhart | Personal Spending | 485.34 | | 0.00 |
| | | | Total for Checking #7040 (Primary Resource): | 2,053.00 | 1,423.00 | 0.00 |
| | | | Total for Representative Payee Program: | 2,053.00 | 1,423.00 | 0.00 |
| | | | Total for Crownhart, Brittany M.: | 2,053.00 | 1,423.00 | 0.00 |

*July disbursement 7/1/2020 but check will be dated for 7/3/2020*

# STRIVE

| Vendor | Vendor ID | Payment Number | Date | Check Number |
|---|---|---|---|---|
| EARL CROWNHART | CROW004 | 216929 | 06/01/2020 | 060614 |

| Invoice Number | Date | Description | Amount | Discount | Paid Amount |
|---|---|---|---|---|---|
| PERSONAL NEEDS | 06/01/2020 | PERSONAL NEEDS | $83.00 | $0.00 | $83.00 |

**TOTALS:** $83.00    $0.00    $83.00





**2584 US HWY 6&50**
**GRAND JUNCTION, CO 81501**
**970-628-1155 • FAX 970-628-1315**
www.kissnermotors.com

Salesman: ED REYNOLDS
Date: 9/16/19

| | | | | |
|---|---|---|---|---|
| Delivered Price | 5,893.00 | BUYER'S NAME | EARL J CROWNHART | |
| Accessories D&H | 399.00 | Address | 642 1/2 IAN CT | Phone) 70-783-6608 |
| | | City, State, & County | GRAND JUNCTION, CO 81504 | Work Ph. |

**MOTOR VEHICLE DESCRIPTION** — Miles 154496

| New / Used | Demo / Exec | Year | Make | Model |
|---|---|---|---|---|
| Used | | 2007 | PONTIAC | G6 |

Color: BLUE
VIN #: 1G2ZG58N974149143
Stock No. 5023

**CASH SETTLEMENT**

| | |
|---|---|
| Deposit 1. Receipt No. | N/A |
| 2. Cash on Delivery | 1,000.00 |
| Total Items 1 & 2 | 1,000.00 |
| Remaining Cash Balance Due | 5,655.79 |

Remaining Cash Balance Due is to be financed by Dealer: Yes ___ No ___

If remaining Cash Balance Due is to be financed by Dealer, you are entitled to applicable Truth-in-Lending disclosures before acceptance of this order by dealer.

Requested Delivery Time __ / __ / __ AM/PM

**REMARKS**

Financed By:
CREDIT ACCEPTANCE
25505 WEST 12 MILE ROAD
SOUTHFIELD,, MI 48034-8334

**TRADE-IN**

| Make | Year |
|---|---|
| Model | |
| I.D. No. | |
| Miles | Color |
| ACV/Remarks | |

| | | |
|---|---|---|
| List Price: Car & Assessories | 6,292.00 | |
| Less Trade-In Allowance, including discount from list price | N/A | |
| Taxable Sale | 6,292.00 | |
| State Tax | 182.47 | |
| County Tax | 125.84 | |
| City Tax | 0.00 | |
| TOTAL | 6,623.59 | |
| Balance Owing on Trade-in To: | N/A | |
| Good Thru: | | |
| Additions to Cash Price | | |
| Filing Fee | 32.20 | |
| Warranty: | N/A | |
| OTHER: | 0.00 | |
| TOTAL CASH PRICE | 6,655.79 | |

The information you see on the window form for a used vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

ALL USED CARS SOLD "AS IS" OR "WITH ALL FAULTS" UNLESS SEPARATE AGREEMENT IS FURNISHED BUYER.

**CAUTION:** THIS AGREEMENT CONSISTS OF TWO PAGES. SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS. BUYER(S) HEREBY ACKNOWLEDGE RECEIPT OF A COPY OF THIS AGREEMENT.

THIS AGREEMENT SHALL NOT BECOME BINDING UNTIL ACCEPTED BY DEALER OR HIS AUTHORIZED REPRESENTATIVE

BUYER'S SIGNATURE _____ DATE 9/16/19
BUYER'S SIGNATURE _____ DATE 9/16/19
ACCEPTED BY DEALER _____ DATE 9/16/19



**Grease Monkey #30**
2857 North Avenue
Grand Junction, CO 81501
(970) 241-1895



**Preventive Maintenance Pros**

| SERVICES/PARTS | RECOMMENDED SERVICE INTERVAL | MILES SINCE LAST SERVICE* | STATUS* | PRICE |
|---|---|---|---|---|
| Injector Cleaner Service | Store Recommendation. Service every 12 months or 15,000 miles. | 159484 | | $49.99 TO 69.99 |
| | Severe Recommendation. No OEM Service Recommendation. | | | |
| | Normal Recommendation. No OEM Service Recommendation. | | | |
| Front Differential Service | No OEM Service Recommendation. | 159484 | | $69.99 TO 79.99 |
| Rear Differential Service | No OEM Service Recommendation. | 159484 | | $69.99 TO 79.99 |
| Transfer Case Service | No OEM Service Recommendation. | 159484 | | $69.99 |
| Manual Transmission Service | No OEM Service Recommendation. | 159484 | | $69.99 TO 89.99 ~~$89.99~~ |
| Serpentine Belt Service | INSPECT drive belt(s) every 150,000 miles. Replace if necessary. | 159484  $129.99 | | $89.99 to ~~129.99~~ |
| PCV Service | Store Recommendation. Replace as Needed. | 159484 | | $12.99 |
| Battery Service | No OEM Service Recommendation. | 159484 | | $19.99 |
| Tire Rotation Service | Store Recommendation. Service every 6 months or 7,500 miles. | 159484 | Due Now (miles) | $19.99 |

*MILES SINCE LAST SERVICE and STATUS are based on available service history information. Customer acceptance of recommendations should be based on vehicle's entire service history

Vehicle manufacturers commonly describe SEVERE SERVICE driving conditions to include any of the following.
Refer to your owner's manual for a definition specific to your vehicle.

- ☐ Stop-and-Go driving
- ☐ Frequent trips less than 5 miles
- ☐ Idling for extended periods
- ☐ Driving in extreme heat or cold
- ☐ Pulling trailers of heavy loads
- ☐ Driving in dust or sand

**Kroger**

Dept 86130
PO Box 1259
Oaks, PA 19456

Do not send payment/correspondence to the address above.

May 30, 2020
Account # 009846396
We are currently holding 1 check totaling: $45.25
Our returned check fee results in an additional $20.00
**The TOTAL amount due is:** **$65.25**

| IF PAYING BY VISA, MASTERCARD OR DISCOVER COMPLETE BELOW | | |
|---|---|---|
| ☐ VISA | ☐ MASTERCARD | ☐ DISCOVER |
| CARD NUMBER | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD | |
| SIGNATURE | EXPIRATION DATE | AMOUNT |
| PRINTED NAME | I AUTHORIZE CREDIT CARD PAYMENT FOR AMOUNT SHOWN BELOW | |

**AMOUNT OF PAYMENT** $

86136 - 49

EARL CROWNHART
642 1/2 IAN CT
GRAND JUNCTION CO 81504-6991

0011 005742

REMIT TO:

KROGER CHECK RECOVERY CENTER
PO BOX 30650
SALT LAKE CITY, UT 84130-0650

Please make payment payable to: KING SOOPERS               Pay before: 06/13/2020

---
PLEASE RETURN THE TOP PORTION OF THIS LETTER WITH YOUR REMITTANCE - THANK YOU

# NOTICE OF RETURNED CHECK
## Past-Due Notice

| Check # | Check Date | Check Amount |
|---|---|---|
| 107 | 03/19/20 | $45.25 |

You have failed to respond to previous letters concerning your dishonored check/ACH transaction which was returned unpaid by your bank. You must immediately remit the total amount due or we may, without further notice to you, file a civil suit and also refer this matter for criminal prosecution.

SECTION 13-21-109. OF THE COLORADO CODE: IF NOTICE OF NONPAYMENT ON PRESENTMENT OF THE CHECK, DRAFT OR ORDER HAS BEEN GIVEN AND THE TOTAL AMOUNT DUE AS SET FORTH IN THE NOTICE HAS NOT BEEN PAID WITHIN FIFTEEN DAYS AFTER SUCH NOTICE IS GIVEN, INSTEAD THE PERSON SHALL BE LIABLE TO THE HOLDER OR ANY ASSIGNEE FOR COLLECTION FOR THREE TIMES THE FACE AMOUNT OF THE CHECK BUT NOT LESS THAN ONE HUNDRED DOLLARS ($100.00).

Remit your payment in full in the form of a CASHIER'S CHECK OR MONEY ORDER (do not send cash) in the envelope provided.

If you have already responded by sending payment, please disregard this notice.

Any questions may be answered by calling our office at 1 (800) 917-6484. Your prompt attention to this matter will keep your good credit rating intact.

Sincerely,

KROGER CUSTOMER RELATIONS CENTER (800)917-6484

NOTICE: THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR. Check(s) returned for insufficient or uncollected funds may be presented to your bank electronically and deducted from your account, along with the returned check fee(s). Returned check data is also listed with Certegy Check Services, which may prohibit you from cashing checks with other retailers as well as with us. Once payment has been received in our office, this data will be removed from Certegy Check Services.

Food4Less • Fred Meyer Jewelers • Jay C Food Stores • Fry's • Ralphs • City Market • Tom Thumb • Dillons • Loaf 'N Jug • Fred Meyer • Pay Less • King Soopers • Kroger • Littman Jewelers • Smith's • Quik Stop • Turkey Hill • Owen's • Foods Co • Hilander • QFC • Baker's • Kwik Shop • Barclay Jewelers • Gerbes • Bell Markets • Cala Foods • Kessel • The Little Clinic • Copp's • Metro Market • Pick'n Save • Harris Teeter

1 of 1

86136-3-49

FURNITURE ROW/SYNCHRONY BANK

**synchrony**

EARL J CROWNHEART
Account Number: 6019 1942 0190 6275
Statement Closing Date: 06/17/2020

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,687.03 |
| + New Purchases | $0.00 |
| − Payments | $0.00 |
| +/− Credits, Fees & Adjustments (net) | $39.00 |
| +/− Interest Charge (net) | $8.53 |
| **New Balance** | **$1,734.56** |
| Credit Limit | $1,600.00 |
| Available Credit | $0.00 |
| Overlimit Amount | $134.56 |
| Days in Billing Period | 30 |

Pay online for free at: mysynchrony.com
For Synchrony Bank customer service or to report your card lost or stolen, call 1-866-396-8254.

Best times to call are Wednesday - Friday

### Payment Information

| | |
|---|---|
| New Balance | $1,734.56 |
| Minimum Payment This Period | $65.00 |
| Amount Past Due | $362.00 |
| **Total Minimum Payment Due** | **$427.00** |
| Payment Due Date | 07/10/2020 |

PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE. We may convert your payment into an electronic debit. See reverse side.

**Late Payment Warning:** If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $39.00

**Minimum Payment Warning:** Making only the Total Minimum Payment Due will increase the amount of interest you pay and the time it takes to repay your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 11 years | $5,165.00 |

If you would like information about credit counseling services, call 1-877-302-8797

### Promotional Expiration Notification

YOU MUST PAY EACH PROMOTIONAL BALANCE IN FULL BY ITS EXPIRATION DATE TO AVOID PAYING DEFERRED INTEREST CHARGES. PLEASE SEE THE PROMOTIONAL PURCHASE SUMMARY SECTION ON THIS STATEMENT FOR FURTHER DETAILS. YOU HAVE A PROMOTION(S) EXPIRING ON 09/17/20

### Promotional Purchase Summary

| Promotional Expiration Date | Promotional Balance | Deferred Interest Charge | Tran Date | Description | Initial Purchase Amount |
|---|---|---|---|---|---|
| 09/17/2020 | $1,355.72 | $385.29 | 08/31/2019 | Deferred Interest/No Interest If Paid In Full | $1,521.72 |

A summary of your promotional purchase is provided above.
If you have a DEFERRED INTEREST/NO INTEREST IF PAID IN FULL promotion. To avoid paying Deferred Interest Charges on these promotion(s), you must pay the entire applicable Promotional Balance by the Promotional Expiration Date.

To make more than one payment see Make Payment To address or pay online at mysynchrony.com

### Transaction Summary

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| | | | **FEES** | |
| 06/10/2020 | 06/10/2020 | | LATE FEE | $39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **$39.00** |

Continued on next page

* NOTICE. See reverse side and additional pages (if any) for important information concerning your account

5302  0009 CXH  1  7 15  200617  E X PAGE 1 of 3  9073  4208  FRN9  01DG5302  260818

Pay online at mysynchrony.com or enclose this coupon with your check. Please use blue or black ink.



| Total Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number |
|---|---|---|---|---|
| $427.00 | $362.00 | 07/10/2020 | $1,734.56 | 6019 1942 0190 6275 |

Payment Enclosed: $ ☐☐☐☐☐.☐☐

New address or e-mail?
Check the box at left and print changes on back

Payment due includes $362.00 past due. Please pay the past due amount PROMPTLY.
If you only pay the Total Minimum Due it may not pay off the Promotional Purchase by the Expiration Date

EARL J CROWNHEART
642 1/2 IAN CT
GRAND JUNCTION CO 81504-6991

260818
Q206

Make Payment to: SYNCHRONY BANK
PO BOX 960061
ORLANDO, FL 32896-0061

00427000016600 00427000173456  000601919  4201906 27562

Dept 86130
PO Box 1259
Oaks, PA 19456

Do not send payment/correspondence to the address above.

May 30, 2020
Account #: 009846396
We are currently holding 1 check totaling: $45.25
Our returned check fee results in an additional: $20.00
**The TOTAL amount due is:** $65.25

| IF PAYING BY VISA, MASTERCARD OR DISCOVER COMPLETE BELOW |
| --- |
| ☐ VISA    ☐ MASTERCARD    ☐ DISCOVER |
| CARD NUMBER — MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD |
| SIGNATURE — EXPIRATION DATE — AMOUNT |
| PRINTED NAME — I AUTHORIZE CREDIT CARD PAYMENT FOR AMOUNT SHOWN BELOW |
| AMOUNT OF PAYMENT $ |

86136 - 49

EARL CROWNHART
642 1/2 IAN CT
GRAND JUNCTION CO   81504-6991

REMIT TO:
KROGER CHECK RECOVERY CENTER
PO BOX 30650
SALT LAKE CITY, UT 84130-0650

Please make payment payable to: KING SOOPERS                             Pay before: 06/13/2020

---PLEASE RETURN THE TOP PORTION OF THIS LETTER WITH YOUR REMITTANCE - THANK YOU---

## NOTICE OF RETURNED CHECK
### Past-Due Notice

| Check # | Check Date | Check Amount |
| --- | --- | --- |
| 107 | 03/19/20 | $45.25 |

You have failed to respond to previous letters concerning your dishonored check/ACH transaction which was returned unpaid by your bank. You must immediately remit the total amount due or we may, without further notice to you, file a civil suit and also refer this matter for criminal prosecution.

SECTION 13-21-109. OF THE COLORADO CODE: IF NOTICE OF NONPAYMENT ON PRESENTMENT OF THE CHECK, DRAFT OR ORDER HAS BEEN GIVEN AND THE TOTAL AMOUNT DUE AS SET FORTH IN THE NOTICE HAS NOT BEEN PAID WITHIN FIFTEEN DAYS AFTER SUCH NOTICE IS GIVEN, INSTEAD THE PERSON SHALL BE LIABLE TO THE HOLDER OR ANY ASSIGNEE FOR COLLECTION FOR THREE TIMES THE FACE AMOUNT OF THE CHECK BUT NOT LESS THAN ONE HUNDRED DOLLARS ($100.00).

Remit your payment in full in the form of a CASHIER'S CHECK OR MONEY ORDER (do not send cash) in the envelope provided.

If you have already responded by sending payment, please disregard this notice.

Any questions may be answered by calling our office at 1 (800) 917-6484. Your prompt attention to this matter will keep your good credit rating intact.

Sincerely,

KROGER CUSTOMER RELATIONS CENTER (800)917-6484

NOTICE: THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR. Check(s) returned for insufficient or uncollected funds may be presented to your bank electronically and deducted from your account, along with the returned check fee(s). Returned check data is also listed with Certegy Check Services, which may prohibit you from cashing checks with other retailers as well as with us. Once payment has been received in our office, this data will be removed from Certegy Check Services.

Food4Less • Fred Meyer Jewelers • Jay C Food Stores • Fry's • Ralphs • City Market • Tom Thumb • Dillons • Loaf 'N Jug • Fred Meyer • Pay Less • King Soopers • Kroger • Littman Jewelers • Smith's • Quik Stop • Turkey Hill • Owen's • Foods Co • Hilander • QFC • Baker's • Kwik Shop • Barclay Jewelers • Gerbes • Bell Markets • Cala Foods • Kessel • The Little Clinic • Copp's • Metro Market • Pick'n Save • Harris Teeter

1 of 1


86136-3-49

FURNITURE ROW/SYNCHRONY BANK

**synchrony**

EARL J CROWNHEART
Account Number : 6019 1942 0190 6275
Statement Closing Date: 06/17/2020

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,687.03 |
| + New Purchases | $0.00 |
| − Payments | $0.00 |
| +/− Credits, Fees & Adjustments (net) | $39.00 |
| +/− Interest Charge (net) | $8.53 |
| **New Balance** | **$1,734.56** |
| Credit Limit | $1,600.00 |
| Available Credit | $0.00 |
| Overlimit Amount | $134.56 |
| Days in Billing Period | 30 |

Pay online for free at: mysynchrony.com
For Synchrony Bank customer service or to report your card lost or stolen, call 1-866-396-8254.

Best times to call are Wednesday - Friday.

### Payment Information

| | |
|---|---|
| New Balance | $1,734.56 |
| Minimum Payment This Period | $65.00 |
| Amount Past Due | $362.00 |
| **Total Minimum Payment Due** | **$427.00** |
| Payment Due Date | 07/10/2020 |

PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE. We may convert your payment into an electronic debit. See reverse side

**Late Payment Warning:** If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $39.00.

**Minimum Payment Warning:** Making only the Total Minimum Payment Due will increase the amount of interest you pay and the time it takes to repay your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 11 years | $5,165.00 |

If you would like information about credit counseling services, call 1-877-302-8797

### Promotional Expiration Notification

YOU MUST PAY EACH PROMOTIONAL BALANCE IN FULL BY ITS EXPIRATION DATE TO AVOID PAYING DEFERRED INTEREST CHARGES. PLEASE SEE THE PROMOTIONAL PURCHASE SUMMARY SECTION ON THIS STATEMENT FOR FURTHER DETAILS. YOU HAVE A PROMOTION(S) EXPIRING ON 09/17/20

### Promotional Purchase Summary

| Promotional Expiration Date | Promotional Balance | Deferred Interest Charge | Tran Date | Description | Initial Purchase Amount |
|---|---|---|---|---|---|
| 09/17/2020 | $1,355.72 | $385.29 | 08/31/2019 | Deferred Interest/No Interest If Paid In Full | $1,521.72 |

A summary of your promotional purchase is provided above.
If you have a DEFERRED INTEREST/NO INTEREST IF PAID IN FULL promotion: To avoid paying Deferred Interest Charges on these promotion(s), you must pay the entire applicable Promotional Balance by the Promotional Expiration Date

To make more than one payment see Make Payment To address or pay online at mysynchrony.com.

### Transaction Summary

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| | | | **FEES** | |
| 06/10/2020 | 06/10/2020 | | LATE FEE | $39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **$39.00** |

Continued on next page

* NOTICE: See reverse side and additional pages (if any) for important information concerning your account

5302  0009 CXH    1    7  15 200617    E X PAGE 1 of 3    9073  4200  FRN9  01DG5302    260818

Pay online at mysynchrony.com or enclose this coupon with your check. Please use blue or black ink.


**FURNITURE ROW.**
Real Furniture. Real Value.

| Total Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number |
|---|---|---|---|---|
| $427.00 | $362.00 | 07/10/2020 | $1,734.56 | 6019 1942 0190 6275 |

Payment Enclosed : $ ☐☐☐☐☐.☐☐

☐ New address or e-mail? Check the box at left and print changes on back

Payment due includes $ 362.00 past due. Please pay the past due amount PROMPTLY.
If you only pay the Total Minimum Due it may not pay off the Promotional Purchase by the Expiration Date

EARL J CROWNHEART
642 1/2 IAN CT
GRAND JUNCTION CO 81504-6991

260818
Q206

Make Payment to: SYNCHRONY BANK
PO BOX 960061
ORLANDO, FL 32896-0061

0042700001660 004270000173456  000601919  4201906 27562

Proof of Service

I Earl Crownhart Files pursant Attachment and Exhibts pursuant to D.C. Colorado CR. 55.1

Mailed To

642 1/2 Ian Ct
Grand Jct Co,
81504

Earl Crownhart
6/23/2020

Earl Crowshoe
642 ½ Ian ct
Grand Jct Co,
81504

United States District Court
901 19th St Room A-105
Denver Co, 80294



