IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01899-LTB

EARL CROWNHART,

    Plaintiff,

v.

MCDONALDS CORPERATION,

    Defendant.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 30, 2020, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 30 day of June, 2020.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ *A. Garcia Garcia*
             Deputy Clerk